UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INDIA JESSICA HARDIN, | ) | CASE NO. 15-72332-jrs |
| | ) | |
| Debtor. | ) | |

**MOTION TO REOPEN CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF FILING CERTIFICATE OF FINANCIAL MANAGEMENT**

COMES NOW Debtor, India Jessica Hardin, and moves this Honorable Court to reopen the Chapter 7 bankruptcy case, and in support thereof states the following:

1.

Debtor filed a Chapter 13 bankruptcy case in the Northern District of Georgia on November 20, 2015.

2.

The case was converted to Chapter 7 on February 19, 2016.

3.

A meeting of creditors pursuant to Section 341 was held and concluded on April 24, 2016.

4.

The case was closed without discharge on August 9, 2016.

5.

Debtor completed the required Certificate of Financial Management Course on March 8, 2022; however, the case was closed before the certificate was filed.

6.

Debtor is prepared to file the proper certificate; however, the case must be reopened to allow Debtor to do so.

WHEREFORE Debtor, prays to this Honorable Court for the following relief:

A.   An order reopening this case;

B.   Such other and further relief this court deems just and proper.

Dated: March 10, 2022

_/s/_____
Lauren A. Drayton
Georgia Bar No.: 876061
The Semrad Law Firm, LLC
235 Peachtree St. NE Suite 300
Atlanta, Georgia 30303
(678) 668-7160
ganb.courtview@SLFCourtview.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| INDIA JESSICA HARDIN, | ) | CASE NO. 15-72332-jrs |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Reopen upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

India Jessica Hardin
866 June Court
Jonesboro, GA 30238

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

    (See attached Matrix for additional list of creditors served)

Dated: March 10, 2022

                                                                   /s/
                                       Lauren A. Drayton
                                       Georgia Bar No.: 876061
                                       The Semrad Law Firm, LLC
                                       235 Peachtree Street NE, Suite 300
                                       Atlanta, GA 30303
                                       (678) 668-7160
                                       ganb.courtview@SLFCourtview.com
                                       Attorney for the Debtor

```
Label Matrix for local noticing        ACS/Bank Of America                     ACS/Suntrust
113E-1                                 Attn: Bankruptcy NC4-105-02-77          P.O. Box 26150
Case 15-72332-jrs                      PO Box 26012                            Richmond, VA 23260-6150
Northern District of Georgia           Greensboro, NC 27420-6012
Atlanta
Thu Mar 10 09:19:41 EST 2022

Acs/dept Of Ed                         Aes/nfslw-1                             Afni
C/o Acs                                Po Box 61047                            1310 Martin Luther King Dr
Utica, NY 13501                        Harrisburg, PA 17106-1047               Bloomington, IL 61701-1465



Craig Z. Black                         Craig Z. Black                          Cb Of The Hudson Valle
The Semrad Law Firm, LLC               The Semrad Law Firm, LLC                155 N Plank Rd
Sterling Point II                      Sterling Point II                       Newburgh, NY 12550-1748
303 Perimeter Center North             Suite 201
Suite 201                              303 Perimeter Center North
Atlanta, GA 30346-3425                 Atlanta, GA 30346-3425

Central Credit/Penn Cr                 (p)U S  DEPARTMENT OF JUSTICE  TAX DIVISION   (p)GEORGIA DEPARTMENT OF REVENUE
Attn:Bankruptcy                        CIVL TRIAL SECTION SOUTHERN REGION      COMPLIANCE DIVISION
Po Box 988                             P O BOX 14198                           ARCS BANKRUPTCY
Harrisburg, PA 17108-0988              WASHINGTON DC 20044-4198                1800 CENTURY BLVD NE SUITE 9100
                                                                               ATLANTA GA 30345-3202

India Jessica Hardin                   S. Gregory Hays                         IC Systems, Inc
866 June Court                         Hays Financial Consulting, LLC          444 Highway 96 East
Jonesboro, GA 30238-5989               Suite 555                               Po Box 64378
                                       2964 Peachtree Road                     St Paul, MN 55164-0378
                                       Atlanta, GA 30305-4909

Infinite Energy, Inc.                  Infte Energy                            Internal Revenue Service
7001 SW 24th Ave                       7001 Sw 24th Ave                        401 W Peachtree St. NW
Gainesville, FL 32607-3704             Gainesville, FL 32607-3704              Stop 334-D
                                                                               Atlanta, GA 30308

Internal Revenue Service               Anne Wise Kann                          Merchants & Medical
P.O. Box 7346                          McCullough Payne Haan & Nadler LLC      6324 Taylor Rd
Philadelphia, PA 19101-7346            271 17th Street NW, Suite 2200          Flint, MI 48507-4685
                                       Atlanta, GA 30363-6213

Mrs Bpo Llc                            (p)NATIONAL CREDIT SYSTEMS              (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
1930 Olney Ave                         ATTN MELANIE MAYFIELD                   BUSINESS AND FINANCE BANKRUPTCY
Cherry Hill, NJ 08003-2016             3750 NATURALLY FRESH BLVD               40 CAPITOL SQUARE SW
                                       ATLANTA GA 30349-2964                   ATLANTA GA 30334-9057

Office of the United States Trustee    P H E A A/h C B                         PHEAA
362 Richard Russell Building           Aes/Ddb                                 PO BOX 8147
75 Ted Turner Drive, SW                Po Box 8183                             HARRISBURG PA 17105-8147
Atlanta, GA 30303-3315                 Harrisburg, PA 17105-8183

Rent Recovery Solution                 Santander Consumer USA                  Scana Energy
2814 Spring Rd, Ste 301                Po Box 961245                           PO Box 100157
Atlanta, GA 30339-3036                 Fort Worth, TX 76161-0244               Columbia, SC 29202-3157
```

```
Special Assistant U.S. Attorne        (p)SPRINT                              U S Dept Of Ed/Gsl/Atl
401 W. Peachtree Street, NW           C O AMERICAN INFOSOURCE                Po Box 4222
STOP 1000-D, Suite 600                4515 N SANTA FE AVE                    Iowa City, IA 52244
Atlanta, GA 30308                     OKLAHOMA CITY OK 73118-7901


U. S. Attorney                        United States Attorney's Offic         Us Dept of Ed/Great Lakes Educational Lo
600 Richard B. Russell Bldg.          75 Spring Street, S.W.                 2401 International
75 Spring Street, SW                  Suite 600 U.S. Courthouse              Madison, WI 53704-3121
Atlanta,  GA 30303-3315               Atlanta, GA 30303-3315


Woodland Hills Apts.
c/o MMCC
6324 Taylor Dr.
Flint MI 48507-4680
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Justice, Tax Div        Georgia Department of Revenue          National Credit System
Civil Trial Section, Southern         Bankruptcy Unit                        Attn: Bankruptcy
PO Box 14198; Ben Franklin Sta        1800 Century Blvd. Suite 17200         Po Box 312125
Washington, DC 20044                  Atlanta, GA 30345-3205                 Atlanta, GA 31131


Office of the Attorney General        Sprint
40 Capitol Square, SW                 PO Box 4191
Atlanta, GA 30334                     Carol Stream, IL 60197
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Santander Consumer USA Inc         End of Label Matrix
                                      Mailable recipients    36
                                      Bypassed recipients     1
                                      Total                  37
```